# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157500

LASAN BELLAMY,
      Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS and
PAROLE BOARD,
      Respondents-Appellees.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157500
COA: 336584
Ingham CC: 16-000017-AW

On order of the Court, the application for leave to appeal the March 20, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a1126

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk